# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Palm Beach Division)

Case No. 9:19-CV-80633-ROSENBERG

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

NATURAL DIAMONDS INVESTMENT CO.,
et al.,

    Defendants,

H.S. MANAGEMENT GROUP LLC, et al.,

    Relief Defendants.
_____/

**ORDER GRANTING FIRST APPLICATION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES TO THE RECEIVER AND HIS PROFESSIONALS</u>**

THIS CAUSE is before the court upon the First Application of Jeffrey C. Schneider, not individually, but solely in his capacity as the court-appointed receiver (the "Receiver"),[1] for Allowance of Compensation and Reimbursement of Expenses to the Receiver and his Professionals [DE 133] (the "First Application"). The Court, having reviewed the First Application, having been advised of the parties' positions with respect thereto, and being otherwise duly advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Court authorizes the Receiver to make the following payments from the Argyle receivership bank account.

---

[1] On May 16, 2019, this Court appointed Mr. Schneider as receiver for Argyle Coin, LLC [DE 20]. On July 11, 2019, this Court granted the Receiver's Motion to Expand Receivership to include Natural Diamonds Investment Co. and Eagle Financial Diamond Group, Inc. a/k/a Diamante Atelier [DE 97, 104].

(a) The Receiver is authorized to pay himself compensation in the amount of $12,640.00; and his law firm compensation in the amount of $9,295.00 and reimbursement of expenses in the amount of $4,720.48 (for a total of $26,655.48).

(b) The Receiver is authorized to pay Sallah Astarita & Cox, LLC compensation in the amount of $12,956.00.

(c) The Receiver is authorized to pay Silver Law Group compensation in the amount of $1,580.00.

**DONE** and **ORDERED** in Chambers in Palm Beach County, this ___ day of _____, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

*Copies furnished to all counsel of record*