UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Palm Beach Division)

Case No. 9:19-CV-80633-ROSENBERG

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

NATURAL DIAMONDS INVESTMENT CO.,
et al.,

    Defendants,

H.S. MANAGEMENT GROUP LLC, et al.,

    Relief Defendants.
_____/

### ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO THE RECEIVER AND HIS PROFESSIONALS

THIS CAUSE is before the court upon the First Application of Jeffrey C. Schneider, not individually, but solely in his capacity as the court-appointed receiver (the "Receiver"),[1] for Allowance of Compensation and Reimbursement of Expenses to the Receiver and his Professionals [DE 133] (the "First Application"). The Court, having reviewed the First Application, having been advised of the parties' positions with respect thereto, and being otherwise duly advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

    1.    The Motion [DE 133] is **GRANTED**.

    2.    The Court authorizes the Receiver to make the following payments from the Argyle receivership bank account.

---

[1] On May 16, 2019, this Court appointed Mr. Schneider as receiver for Argyle Coin, LLC [DE 20]. On July 11, 2019, this Court granted the Receiver's Motion to Expand Receivership to include Natural Diamonds Investment Co. and Eagle Financial Diamond Group, Inc. a/k/a Diamante Atelier [DE 97, 104].

(a) The Receiver is authorized to pay himself compensation in the amount of $12,640.00; and his law firm compensation in the amount of $9,295.00 and reimbursement of expenses in the amount of $4,720.48 (for a total of $26,655.48).

(b) The Receiver is authorized to pay Sallah Astarita & Cox, LLC compensation in the amount of $12,956.00.

(c) The Receiver is authorized to pay Silver Law Group compensation in the amount of $1,580.00.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of September, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record