UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-80633-ROSENBERG/REINHART

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NATURAL DIAMONDS INVESTMENT CO.,
et al.,

        **Defendants, and**

H.S. MANAGEMENT GROUP LLC, et al.,

        **Relief Defendants.**

_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
AGREED MOTION FOR 60 DAYS TO FILE A MOTION TO SET DISGORGEMENT
AND CIVIL PENALTY AMOUNTS AS TO DEFENDANT JOSE AMAN AND TO FILE
THE CONSENTS AND FINAL JUDGMENTS AGAINST ALL OTHER PARTIES**

    The Court previously granted a 60-day stay of all deadlines in this case so that undersigned counsel could obtain authorization from the Commissioners of the Securities and Exchange Commission to file its Motion for Final Judgment against Defendant Jose Aman and a Motion to Enter Final Judgments based on the Consents of all other remaining Defendants and Relief Defendants in this case.  These Motions and Finals Judgments, if entered, would resolve all remaining claims against all remaining Defendants and Relief Defendants in this case, obviating the need for trial in this case.

    As reflected in the filings between Defendants Harold Seigel and Jonathan Seigel, Relief Defendant H.S. Management, and the Receiver, there were delays in obtaining agreement of these Defendants and Relief Defendant to send their Consents to the Commission caused by efforts to obtain a waiver or otherwise reach a global settlement. We now have revised Consents and permission to submit the settlements for approval by the Commission.

Relief Defendant Gold 7 continues to negotiate its global settlement with the Receiver. If we do not receive a sworn Consent by this Friday, we will pursue authorizations on the other tentative settlements so that we do not need to seek another extension of the Stay Order.

WHEREFORE, the Commission respectfully seeks 60 additional days to obtain Commission authorization for the tentative settlements and to submit its Motion for Final Judgment to the Court.  The need for this additional extension was not caused by the Commission, as is reflected in the filings in this case concerning the global settlement negotiations.

August 3, 2020                    Respectfully submitted,


By:     Amie Riggle Berlin
        Amie Riggle Berlin
        Senior Trial Counsel
        Florida Bar No. 630020
        Direct Dial: (305) 982-6322
        Direct email: berlina@sec.gov

        Attorney for Plaintiff
        **SECURITIES AND EXCHANGE    COMMISSION**
        801 Brickell Avenue, Suite 1800
        Miami, Florida  33131
        Telephone: (305) 982-6300
        Facsimile:   (305) 536-415

**CERTIFICATE OF CONFERRAL**

Undersigned counsel conferred with all counsel and pro se Defendant Jose Aman in this case, and they all agree with the relief sought herein.

s/Amie Riggle Berlin
Amie Riggle Berlin
**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Amie Riggle Berlin

Aaron R. Resnick, Esq.
The Law Offices of Aaron Resnick, P.A.
100 Biscayne Boulevard, Suite 1607
Miami, FL 33132
Tel: 305-672-7495
Email: aresnick@thefirmmiami.con
*Counsel for Relief Defendant Gold 7 of Miami, LLC*

Ellen M. Kaplan
Law Office of Ellen M. Kaplan PA 9900
W. Sample Road, Floor 3 Coral Springs,
FL 33065-4048
Tel: 954-341-1309
Email: ellenkaplanesq@aol.com
*Counsel for Jonathan Seigel, Harold Seigel and H.S. Management Group, LLC, Defendants*

Jeffrey C. Schneider, Esq.
Levine Kellogg Lehman Schneider & Grossman, LLP 201
South Biscayne Boulevard, 22nd Floor
Miami, FL 33131
Tel: 305-403-8799 Court
Email: jcs@lklsg.com
*Appointed Monitor*
*Corporate Representative for Natural Diamonds Investment Co. and Eagle Financial Diamond Group Inc. aka Diamante Atelier, Defendants and Court Appointed Receiver for Argyle Coin, LLC*

Jose Aman
c/o Jean Marquez
20805 Grouper Drive
Cutler Bay, FL 33189
Tel: 305-795-0818
Email: joseaman123@gmail.com
*ProSe*