UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Palm Beach Division)

Case No. 9:19-CV-80633-ROSENBERG

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

NATURAL DIAMONDS INVESTMENT CO.,
et al.,

    Defendants,

H.S. MANAGEMENT GROUP LLC, et al.,

    Relief Defendants.
_____/

## RECEIVER'S MOTION FOR EXTENSION OF TIME
## TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL

Jeffrey C. Schneider, not individually, but solely in his capacity as the Court-appointed receiver (the "Receiver"),[1] moves for a brief one-week (seven calendar days) extension of time to file a reply in support of his Renewed Motion to Compel [DE 219] in order file only one omnibus document together with his response to the Seigels' motion for protective order [DE 227] and thus to conserve legal and judicial resources, and states as follows:

    1.    The Seigels filed their response to the Receiver's Motion to Compel [DE 227] on July 28, 2020, making the Receiver's reply due on August 4, 2020. However, contained in that

---

[1] This Court appointed Mr. Schneider as receiver for Argyle Coin, LLC ("Argyle"). On March 28, 2019, two months before the Receiver's appointment, the Honorable Donald Middlebrooks appointed Mr. Schneider as Corporate Monitor for Defendants Natural Diamonds Investment Co. ("Natural Diamonds") and Eagle Financial Diamond Group, Inc. ("Eagle") in *Round v. Natural Diamonds Investment Co., et al.*, Case No. 18-cv-81151. This Court expanded the Receivership to include NDIC and EFDG [DE 94, 104] and the Receiver thereafter filed a motion to close the Corporate Monitor Action, which was granted.

response was a motion for protective order, for which the Receiver's response would is due on August 11, 2020.

2. Rather than burdening the Court with two similar filings on related topics, the Receiver wishes to combine both his reply in support of his Renewed Motion to Compel and his response to the motion for protective order into one omnibus filing.

3. Combining the filings will conserve the Receivership's legal resources and judicial resources. It will not delay the Court's ultimate resolution of these issues, as it does not alter the ultimate timing of when the Seigels would have to file their reply in support of the motion for protective order.

4. Accordingly, the Receiver requests a seven-day extension of time, through and including August 11, 2020, within which to file his reply (together with his response). A proposed order is attached as Exhibit A.

5. **Local Rule 7.1.A.3. certification.** Counsel for the Receiver attempted to confer with counsel for the Seigels about the requested extension of time and the intent to combine the filings into one document by sending an email to Ellen Kaplan, but Ms. Kaplan had not yet responded to the request by the time this motion was filed.

6. This motion is made in good faith, and not made for any improper purpose or delay.

**WHEREFORE**, the Receiver respectfully requests that the Court enter an order granting the Receiver an extension of time, through and including August 11, 2020, to file a reply in support of his Renewed Motion to Compel [DE 219], along with such other relief as the Court deems just and proper.

Dated August 4, 2020                    Respectfully submitted,

**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard
Citigroup Center, 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: s/Stephanie Reed Traband
STEPHANIE REED TRABAND
Florida Bar No. 0158471
srt@lklsg.com
ar@lklsg.com
*Counsel for Receiver*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified in the service list below.

By: */s/ Stephanie Reed Traband*
Stephanie Reed Traband, Esq.

## SERVICE LIST

**Via CM/ECF**

*Counsel for Securities and Exchange Commission:*
Amie Riggle Berlin, Esq.
Senior Trial Counsel
Linda S. Schmidt, Esq.
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Email: berlina@sec.gov

*Counsel for Harold Seigel, Jonathan Seigel, and H.S. Management Group LLC:*
Ellen M. Kaplan, Esq.
Law Office of Ellen M. Kaplan P.A.
9900 W Sample Rd Fl 3
Coral Springs, Florida 33065
Email: ellenkaplanesq@aol.com

*Counsel for Gold 7 of Miami, LLC:*
Aaron Resnick, Esq.
Law Offices of Aaron Resnick, P.A.
100 Biscayne Boulevard, Suite 1607
Miami, Florida 33132
E-mail: aresnick@thefirmmiami.com

*Counsel for Winners Church, Frederick Shipman, and Whitney Shipman:*
Carl Schoeppl, Esq.
Terry A.C. Gray, Esq.
Schoeppl Law, P.A.
4651 North Federal Highway
Boca Raton, Florida 33431
Email: carl@schoeppllaw.com
tgray@schoeppllaw.com

**Via Email**: *Jose Aman, pro se*
E-mail: joseaman123@gmail.com