UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-CV-80633-ROSENBERG

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

NATURAL DIAMONDS INVESTMENT CO.,
EAGLE FINANCIAL DIAMOND GROUP INC.
a/k/a DIAMANTE ATELIER, ARGYLE COIN,
LLC, JOSE ANGEL AMAN, HAROLD SEIGEL,
& JONATHON H. SEIGEL,

    Defendants,

H.S. MANAGEMENT GROUP LLC, et. Al.

    Relief Defendants.
_____/

**DEFENDANTS, SEIGEL AND RELIEF DEFENDANT, HS MANAGEMENT 's UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RECEIVER'S RECENT FILING ON ITS RENEWED MOTION TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

COMES NOW, Defendants, SEIGEL, and Relief Defendant, HS MANAGEMENT's Unopposed Motion for Extension of Time to Respond to Receiver's recent filings on its Renewed Motion to Compel and Defendant's Motion for Protective Order [D.E. 237 ] and states:

1. Receiver last made its filing in reply to Receiver's Renewed Motion to Compel and in Response to Defendant's Motion for Protective Order by extension dated August 11, 2020.

2. Due to calendaring error, the undersigned believed Defendant's reply to be due today, August 21, 2020. The Defendants are in the process of gathering pertinent documentation and information material to the matter.

3. The undersigned reached out to counsel for SEC who has no objection to the extension. Counsel for the Receiver, noting their belief Defendant's response was actually due on August 18, 2020, represented, to the extent this court is agreeable to grant the extension, the Receiver has no objection to the requested extension.

WHEREFORE, it is requested that this Court grant the relief requested by grating Defendants a ten (10) day extension within which to file its Reply.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been eserved via CM/ECF on all counsel of record listed below this 21st day of August, 2020.

Respectfully submitted,

_____/EK/_____
ELLEN M KAPLAN, ESQ
FBN 0875228
The Law Offices of Ellen M. Kaplan, P.A.
*Attorney for Defendants, Harold and Jonathan Seigel and Relief Defendant, HS Management*
9900 West Sample Road, 3rd Floor
Coral Springs, Florida 33065
Tel (954) 341-1309/Direct Cel (954) 270-2787
Fax (954) 510-2292
EllenKaplanEsq@aol.com

Intentionally left blank

Case No. 9:19-CV-80633-ROSENBERG

| AMY RIGGLE BERLIN, ESQ<br>LINDA SALUP SCHMIDT, ESQ<br>Attorneys for SEC<br>801 Brickell Ave, Suite 1800<br>Miami, Florida 33131<br>BerlinA@SEC.gov<br>Schmmidtls@SEC.gov | CARL SCHOEPPL, JR., ESQ<br>SCHOEPPL LAW, P.A.<br>Attorney for R.D.//Winners Circle Church/Shipmans<br>4651 N. Federal Highway<br>Boca Raton, Florida 33431-5133<br>Carl@Schoeppllaw.com | AARON RESNICK, ESQ<br>The Law Offices of Aaron Resnick, P.A.<br>Attorney for R.D.//G7<br>100 Biscayne Blvd., Suite 1607<br>Miami, Florida 33132<br>AResnick@thefirmmiami.com |
|---|---|---|
| JEFFREY SCHNEIDER, ESQ<br>LEVINE, KELLOGG, et. Al.<br>Court Appointed Receiver Argyle<br>201 S. Biscayne Blvd., 22nd Floor<br>Miami, Florida 33131<br>JCS@lklsg.com and<br>SRT@LKLSG.COM | KEVIN E. O'REILLY, ESQ<br>Attorney for Def. Jose Aman, Argyle Coin, Eagle, NDIC<br>55 W. Monroe St. # 3600<br>Chicago, Illinois 60603<br>Keolaw@kevineorielly.com<br>or Def. Jose Aman through direct mail (if no longer represented by counsel) | |