# EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**

**SECURITIES AND EXCHANGE COMMISSION**
**vs.**
**NATURAL DIAMONDS INVESTMENT CO., et al.**
**CASE NO.: 19-CV-80633-ROSENBERG**
**Reporting Period October 1, 2020 through December 31, 2020**

FUND ACCOUNTING

| | | | | Detail | Subtotal |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 9/30/20) | | | | $68,916.45 |
| Line 2 | Business  Income | | | | $0.00 |
| Line 3 | Cash and Securities | | | | $0.00 |
| Line 4 | Interest/Dividend Income | | | | $0.00 |
| Line 5 | Business Asset Liquidation | | | | $0.00 |
| Line 6 | Personal Asset Liquidation | | | | $0.00 |
| Line 7 | Third-Party Litigation Income | | | | $0.00 |
| Line 8 | Miscellaneous - Other | | | | $0.00 |
| | **TOTAL FUNDS (Lines 1-8)** | | | | **$68,916.45** |
| | **Decreases in Fund Balance:** | | | | |
| Line 9 | **Disbursements to Investors** | | | | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | | | | $0.00 |
| Line 10a | Disbursements to Receiver or Other Professionals | | | | $0.00 |
| Line 10b | Business Asset Expenses | | | | $1,790.43 |
| Line 10c | Personal Asset Expenses | | | | $0.00 |
| Line 10d | Investment Expenses | | | | $0.00 |
| Line 10e | Third-Party Litigation Expenses | | | | $0.00 |
| | Attorneys Fees | | | | $0.00 |
| | Litigation Expenses | | | | $0.00 |
| | **Total Third-Party Litigation Expenses** | | | | $0.00 |
| | **Total Disbursements for Receivership Operations:** | | | | **$1,790.43** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |
| | Fees | | | | $0.00 |
| | Fund Administrator | | | | $0.00 |
| | Independent Distribution Consultant (IDC) | | | | $0.00 |
| | Distribution Agent | | | | $0.00 |
| | Consultants | | | | $0.00 |
| | Legal Advisers | | | | $0.00 |
| | Tax Advisers | | | | $0.00 |
| | Administrative Expenses | | | | $0.00 |
| | Miscellaneous - Other | | | | $0.00 |
| | **Total Plan Development Expenses** | | | | $0.00 |
| Line 11b | Distribution Plan Implmentation Expenses: | | | | |
| | Fees | | | | |
| | Fund Administrator | | | | $0.00 |
| | Independent Distribution Consultant (IDC) | | | | $0.00 |
| | Distribution Agent | | | | $0.00 |
| | Consultants | | | | $0.00 |
| | Legal Advisers | | | | $0.00 |
| | Tax Advisers | | | | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Administrative Expenses |  |  | $0.00 |
|  | Investor Identification |  |  | $0.00 |
|  | Notice/Publishing Approved Plan |  |  | $0.00 |
|  | Claimant Identification |  |  | $0.00 |
|  | Claims Processing |  |  | $0.00 |
|  | Website Maintenance/Call Center |  |  | $0.00 |
|  | Fund Administrator Bond |  |  | $0.00 |
|  | Miscellaneous - Other |  |  | $0.00 |
|  | Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  | $0.00 |
|  | Total Plan Implementation Expenses Not Paid by the Fund |  |  | $0.00 |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  | $0.00 |
| **Line 12** | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  | $0.00 |
| Line 12b | Federal Tax Payments |  |  | $0.00 |
|  | **Total Disbursements to Court/Other:** |  |  | $0.00 |
|  | **Total Funds Disbursed (Lines 9-11):** |  |  | **$1,790.43** |
| **Line 13** | **Ending Balance (As of 12/31/2020):** |  |  | **67,126.02** |
| **Line 14** | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $0.00 |
| Line 14b | Other Assets or Uncleared Funds |  |  | $0.00 |
|  | **Total Ending Balance of Fund - Net Assets** |  |  | $0.00 |
|  |  |  |  |  |
| **OTHER SUPPLEMENTAL INFORMATION:** | **Report of Items NOT to be Paid by the Fund:** |  |  |  |
| **Line 15** | **Disbursements for Plan Adminisration Expenses Not Paid by the Fund:** |  |  | $0.00 |
| Line 15a | Fees |  |  | $0.00 |
|  | Fund Administrator |  |  | $0.00 |
|  | IDC |  |  | $0.00 |
|  | Distribution Agent |  |  | $0.00 |
|  | Consultants |  |  | $0.00 |
|  | Legal Advisers |  |  | $0.00 |
|  | Tax Advisers |  |  | $0.00 |
|  | Administrative Expenses |  |  | $0.00 |
|  | Miscellaneous |  |  | $0.00 |
|  | **Total Plan Development Expenses Not Paid by the Fund** |  |  | $0.00 |
| Line 15b | **Plan Implementation Expenses Not Paid by the Fund:** |  |  | $0.00 |
|  | Fees |  |  |  |
|  | Fund Administrator |  |  | $0.00 |
|  | IDC |  |  | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |
| | Administrative Expenses | | | $0.00 |
| | Investor Identification: | | | $0.00 |
| | Notice/Publishing Approved Plan | | | $0.00 |
| | Claimant Identification | | | $0.00 |
| | Claims Processing | | | $0.00 |
| | Website Maintenance/Call Center | | | $0.00 |
| | Fund Administrator Bond | | | $0.00 |
| | Miscellaneous | | | $0.00 |
| | FAIR Reporting Expenses | | | $0.00 |
| | **Total Plan Implementation Expenses Not Paid by the Fund** | | | $0.00 |
| Line 15c | **Tax Administrator Fees & Bonds Not Paid by the Fund:** | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | $0.00 |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| Line 16a | Investment Expenses/CRIS Fees | | | $0.00 |
| Line 16a | Federal Tax Payments | | | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| **Line 17** | **DC & State Tax Payments** | | | $0.00 |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | | 0 | |
| Line 18b | # of Claims Received Since the Inception of Fund | | 0 | |
| **Line 19** | **No. of Claimants/investors:** | | 0 | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | 0 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | 0 | |
| | | | | |
| | | | | |

Receiver:

By: _____
Jeffrey C. Schneider, Court Appointed Receiver

Jeffrey C. Schneider
(printed name)

Date:  January 29, 2021