# EXHIBIT A

# STANDARDIZED FUND ACCOUNTING REPORT

**SECURITIES AND EXCHANGE COMMISSION**
**vs.**
**NATURAL DIAMONDS INVESTMENT CO., et al.**
**CASE NO.: 19-CV-80633-ROSENBERG**
Reporting Period January 1, 2022 through March 31, 2022

|  |  |  | Detail | Subtotal |
|---|---|---|---|---|
| Line 1 | Beginning Balance |  |  | $2,265,737.33 |
| Line 2 | Business Income |  |  | $0.00 |
| Line 3 | Cash and Securities |  |  | $0.00 |
| Line 4 | Interest/Dividend Income |  |  | $0.00 |
| Line 5 | Business Asset Liquidation |  |  | $0.00 |
| Line 6 | Personal Asset Liquidation |  |  | $0.00 |
| Line 7 | Third-Party Litigation Income |  |  | $0.00 |
| Line 8 | Miscellaneous - Other |  | Proceeds of Sale from Stampler Auction | $310,168.04 |
|  | **TOTAL FUNDS (Lines 1-8)** |  |  | **$2,575,905.37** |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | **Disbursements to Investors** |  |  | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** |  |  | $0.00 |
| Line 10a | Disbursements to Receiver or Other Professionals |  | Order Granting Ninth Fee Application | $69,344.43 |
| Line 10b | Business Asset Expenses (Bank Service Charge) |  | Wire Transfer Fees<br>Distribution Checks - Deluxe for Business | $853.83 |
| Line 10c | Personal Asset Expenses |  |  | $0.00 |
| Line 10d | Investment Expenses |  |  | $0.00 |
| Line 10e | Third-Party Litigation Expenses |  | Settlement with GOLD 7 of Miami, LLC | $59,650.00 |
|  | Attorneys Fees |  |  | $0.00 |
|  | Litigation Expenses |  |  | $0.00 |
|  | **Total Third-Party Litigation Expenses** |  |  | $0.00 |
|  | **Total Disbursements for Receivership Operations:** |  |  | **$129,848.26** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** |  |  |  |
| Line 11a | Distribution Plan Development Expenses: |  |  |  |
|  | Fees |  |  | $0.00 |
|  | Fund Administrator |  |  | $0.00 |
|  | Independent Distribution Consultant (IDC) |  |  | $0.00 |
|  | Distribution Agent |  |  | $0.00 |
|  | Consultants |  |  | $0.00 |
|  | Legal Advisers |  |  | $0.00 |
|  | Tax Advisers |  |  | $0.00 |
|  | Administrative Expenses |  |  | $0.00 |
|  | Miscellaneous - Other |  |  | $0.00 |
|  | **Total Plan Development Expenses** |  |  | $0.00 |
| Line 11b | Distribution Plan Implmentation Expenses: |  |  |  |
|  | Fees |  |  |  |
|  | Fund Administrator |  |  | $0.00 |
|  | Independent Distribution Consultant (IDC) |  |  | $0.00 |
|  | Distribution Agent |  |  | $0.00 |
|  | Consultants |  |  | $0.00 |
|  | Legal Advisers |  |  | $0.00 |
|  | Tax Advisers |  |  | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Administrative Expenses |  |  | $0.00 |
|  | Investor Identification |  |  | $0.00 |
|  | Notice/Publishing Approved Plan |  |  | $0.00 |
|  | Claimant Identification |  |  | $0.00 |
|  | Claims Processing |  |  | $0.00 |
|  | Website Maintenance/Call Center |  |  | $0.00 |
|  | Fund Administrator Bond |  |  | $0.00 |
|  | Miscellaneous - Other |  |  | $0.00 |
|  | Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  | $0.00 |
|  | Total Plan Implementation Expenses Not Paid by the Fund |  |  | $0.00 |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  | $0.00 |
| **Line 12** | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  | $0.00 |
| Line 12b | Federal Tax Payments |  |  | $0.00 |
|  | **Total Disbursements to Court/Other:** |  |  | $0.00 |
|  | **Total Funds Disbursed (Lines 9-11):** |  |  | $129,848.26 |
| **Line 13** | **Ending Balance (As of 3/31/2022):** |  |  | 2,446,057.11 |
| **Line 14** | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $0.00 |
| Line 14b | Other Assets or Uncleared Funds |  |  |  |
|  | **Total Ending Balance of Fund - Net Assets** |  |  |  |
|  |  |  |  |  |
| **OTHER SUPPLEMENTAL INFORMATION:** | **Report of Items NOT to be Paid by the Fund:** |  |  |  |
| **Line 15** | **Disbursements for Plan Adminisration Expenses Not Paid by the Fund:** |  |  | $0.00 |
| Line 15a | Fees |  |  | $0.00 |
|  | Fund Administrator |  |  | $0.00 |
|  | IDC |  |  | $0.00 |
|  | Distribution Agent |  |  | $0.00 |
|  | Consultants |  |  | $0.00 |
|  | Legal Advisers |  |  | $0.00 |
|  | Tax Advisers |  |  | $0.00 |
|  | Administrative Expenses |  |  | $0.00 |
|  | Miscellaneous |  |  | $0.00 |
|  | **Total Plan Development Expenses Not Paid by the Fund** |  |  | $0.00 |
| Line 15b | **Plan Implementation Expenses Not Paid by the Fund:** |  |  | $0.00 |
|  | Fees |  |  |  |
|  | Fund Administrator |  |  | $0.00 |
|  | IDC |  |  | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |
| | Administrative Expenses | | | $0.00 |
| | Investor Identification: | | | $0.00 |
| | Notice/Publishing Approved Plan | | | $0.00 |
| | Claimant Identification | | | $0.00 |
| | Claims Processing | | | $0.00 |
| | Website Maintenance/Call Center | | | $0.00 |
| | Fund Administrator Bond | | | $0.00 |
| | Miscellaneous | | | $0.00 |
| | FAIR Reporting Expenses | | | $0.00 |
| | **Total Plan Implementation Expenses Not Paid by the Fund** | | | $0.00 |
| Line 15c | **Tax Administrator Fees & Bonds Not Paid by the Fund:** | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | $0.00 |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| Line 16a | Investment Expenses/CRIS Fees | | | $0.00 |
| Line 16a | Federal Tax Payments | | | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| **Line 17** | **DC & State Tax Payments** | | | $0.00 |
| **Line 18** | **No. of Claims:** | | 212 | |
| Line 18a | # of Claims Received This Reporting Period | | 212 | |
| Line 18b | # of Claims Received Since the Inception of Fund | | 212 | |
| **Line 19** | **No. of Claimants/investors:** | | 212 | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | 0 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | 0 | |

Receiver:

By:_____
   Jeffrey C. Schneider, Court Appointed Receiver

<u>Jeffrey C. Schneider</u>
(printed name)

Date:  May 16, 2022