# EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**

**SECURITIES AND EXCHANGE COMMISSION**
**vs.**
**NATURAL DIAMONDS INVESTMENT CO., et al.**
**CASE NO.: 19-CV-80633-ROSENBERG**
**Reporting Period April 30, 2022 through July 31, 2022**

| | | | Detail | Subtotal |
|---|---|---|---|---|
| Line 1 | Beginning Balance | | | $2,399,606.41 |
| Line 2 | Business Income | | | $0.00 |
| Line 3 | Cash and Securities | | | $0.00 |
| Line 4 | Interest/Dividend Income | | | $0.00 |
| Line 5 | Business Asset Liquidation | | | $0.00 |
| Line 6 | Personal Asset Liquidation | | | $0.00 |
| Line 7 | Third-Party Litigation Income | | Bank Credit | $25.00 |
| Line 8 | Miscellaneous - Other | | Wire Transfer (Transfer from NDIC Monitor Account) | $46,450.70 |
| | Proceeds of Sale of Remaining Jewelry | | Proceeds of Sale of Remaining Jewelry | $4,560.00 |
| | **TOTAL FUNDS (Lines 1-8)** | | | **$2,450,642.11** |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | **Disbursements to Investors** | | | $2,323,602.11 |
| Line 10 | **Disbursements for Receivership Operations** | | | $0.00 |
| Line 10a | | | | |
| Line 10b | Business Asset Expenses (Bank Service Charge) | | Wire Transfer Fees | $30.00 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | Taxes | | | $62,000.00 |
| | Litigation Expenses | | | $0.00 |
| | **Total Third-Party Litigation Expenses** | | | $0.00 |
| | **Total Disbursements for Receivership Operations:** | | | **$2,385,632.11** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | Fees | | | |
| | Fund Administrator | | | $0.00 |
| | Independent Distribution Consultant (IDC) | | | $0.00 |
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |
| | Administrative Expenses | | | $0.00 |
| | Miscellaneous - Other | | | $0.00 |
| | **Total Plan Development Expenses** | | | $0.00 |
| Line 11b | Distribution Plan Implmentation Expenses: | | | |
| | Fees | | | |
| | Fund Administrator | | | $0.00 |
| | Independent Distribution Consultant (IDC) | | | $0.00 |
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Administrative Expenses | | | $0.00 |
| | Investor Identification | | | $0.00 |
| | Notice/Publishing Approved Plan | | | $0.00 |
| | Claimant Identification | | | $0.00 |
| | Claims Processing | | | $0.00 |
| | Website Maintenance/Call Center | | | $0.00 |
| | Fund Administrator Bond | | | $0.00 |
| | Miscellaneous - Other | | | $0.00 |
| | Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | $0.00 |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | $0.00 |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $0.00 |
| Line 12b | Federal Tax Payments | | | $0.00 |
| | **Total Disbursements to Court/Other:** | | | $0.00 |
| | **Total Funds Disbursed (Lines 9-11):** | | | $2,385,632.11 |
| **Line 13** | **Ending Balance (As of 7/31/2022):** | | | 65,010.00 |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $0.00 |
| Line 14b | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | |
| | | | | |
| **OTHER SUPPLEMENTAL INFORMATION:** | **Report of Items NOT to be Paid by the Fund:** | | | |
| **Line 15** | **Disbursements for Plan Adminisration Expenses Not Paid by the Fund:** | | | $0.00 |
| Line 15a | Fees | | | $0.00 |
| | Fund Administrator | | | $0.00 |
| | IDC | | | $0.00 |
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |
| | Administrative Expenses | | | $0.00 |
| | Miscellaneous | | | $0.00 |
| | **Total Plan Development Expenses Not Paid by the Fund** | | | $0.00 |
| Line 15b | **Plan Implementation Expenses Not Paid by the Fund:** | | | $0.00 |
| | Fees | | | |
| | Fund Administrator | | | $0.00 |
| | IDC | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Distribution Agent | | | $0.00 |
| | Consultants | | | $0.00 |
| | Legal Advisers | | | $0.00 |
| | Tax Advisers | | | $0.00 |
| | Administrative Expenses | | | $0.00 |
| | Investor Identification: | | | $0.00 |
| | Notice/Publishing Approved Plan | | | $0.00 |
| | Claimant Identification | | | $0.00 |
| | Claims Processing | | | $0.00 |
| | Website Maintenance/Call Center | | | $0.00 |
| | Fund Administrator Bond | | | $0.00 |
| | Miscellaneous | | | $0.00 |
| | FAIR Reporting Expenses | | | $0.00 |
| | **Total Plan Implementation Expenses Not Paid by the Fund** | | | $0.00 |
| Line 15c | **Tax Administrator Fees & Bonds Not Paid by the Fund:** | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | $0.00 |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| Line 16a | Investment Expenses/CRIS Fees | | | $0.00 |
| Line 16a | Federal Tax Payments | | | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $0.00 |
| **Line 17** | **DC & State Tax Payments** | | | $0.00 |
| **Line 18** | **No. of Claims:** | | 212 | |
| Line 18a | # of Claims Received This Reporting Period | | 212 | |
| Line 18b | # of Claims Received Since the Inception of Fund | | 212 | |
| **Line 19** | **No. of Claimants/investors:** | | 212 | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | 0 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | 0 | |

Receiver:

By: _____
Jeffrey C. Schneider, Court Appointed Receiver

<u>Jeffrey C. Schneider</u>
(printed name)

Date: August 15, 2022